***E-FILED - 8/18/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JONES, | No. C 06-1722 RMW (PR) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME; |
| vs. | DENYING APPOINTMENT OF COUNSEL |
| A.P. KANE, et al., | |
| Defendants. | (Docket Nos. 11, 12) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against officials at the Correctional Training Facility in Soledad, California ("CTF"). Good cause appearing, plaintiff's request for an extension of time in which to file an amended complaint (Docket No. 12) is GRANTED. **Failure to file an amended complaint in accordance with the July 3, 2008 order on or before September 3, 2008 will result in the dismissal of this action.**

Plaintiff's motion for appointment of counsel (Docket No. 11) is DENIED for want of exceptional circumstances. See Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997); see also Lassiter v. Dep't of Social Services, 452 U.S. 18, 25 (1981) (there is no constitutional right to

Order Granting Extension of Time, Denying Appointment of Counsel
P:\pro-se\sj.rmw\cr.06\Jones722eot          1

1  counsel in a civil case).  This denial is without prejudice to the court's sua sponte appointment
2  of counsel at a future date should the circumstances of this case warrant such appointment.
3     IT IS SO ORDERED.
4  DATED: __8/15/08__

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge