*E-FILED - 9/24/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN JONES, | ) | No. C 06-1722 RMW (PR) |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| vs. | ) | (Docket No. 14) |
| A.P. KANE, et al., | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The complaint was dismissed with leave to amend, and plaintiff has requested a second extension of time in which to file an amended complaint. Good cause appearing, plaintiff is GRANTED an additional 45 days, or until **November 18, 2008**, in which to file an amended complaint. As this action will have been pending for nearly three years, and plaintiff will have had nearly four months to prepare his amended complaint, **no further extensions of time will be granted. Failure to file an amended complaint in accordance with the July 3, 2008 order on or before November 18, 2008 will result in the dismissal of this action.**

IT IS SO ORDERED.

DATED: 9/23/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Extension of Time
P:\pro-se\sj.rmw\cr.06\Jones722eot

1