***E-FILED - 12/9/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN JONES, | ) | No. C 06-1722 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| A.P. KANE, et al., | ) | |
| Defendants. | ) | |

    This civil rights action has been dismissed.  A judgment of dismissal is entered in favor of defendants.  The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 12/5/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge